IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Bernique Abiakam | Date:  August 19, 2014 |
| Court Reporter:       Gwen Daniel | Probation: Justine Kozak |

_____

Criminal Action No.: 14-cr-00026-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Geoffrey Rieman

    Plaintiff,

v.

JOEL ROMERO-NAVA,                           Matthew Golla

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

**10:01 a.m.    Court in Session**.  Appearances of counsel.

Defendant is present and in custody.

Oath administered to the defendant.

Sentencing Statement by Mr. Golla.

Sentencing Statement by Mr. Rieman.

Comments by the Court.

Defendant's Allocution.

1

*14-cr-00026-WJM*
*Sentencing*
*August 19, 2014*

**Comments and rulings by the Court.**

**ORDERED:**  Motion For An Additional One-Level Reduction For Acceptance Of Responsibility Under §3E1.1 (Filed 7/18/14; Doc. No. 21) is GRANTED.

**ORDERED:**  Motion For Variant Sentence (Filed 8/5/14; Doc. No. 23) is GRANTED in PART and DENIED in PART, as specified.

> Defendant plead guilty to Count One of the Indictment.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant Joel Romero-Nava, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months.

In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.

**ORDERED:**  Defendant Request for Placement at the Bureau of Prisons at Florence FCI is GRANTED.

The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.

**ORDERED:**  No term of supervised release shall be imposed.

The mandatory drug-testing provision of Section 3563(a)(5) is waived because it is likely the Defendant will be removed from this country.

If the Defendant reenters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**  The Special Assessment fee of $100.00 is imposed, due and payable immediately.

*14-cr-00026-WJM*
*Sentencing*
*August 19, 2014*

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed pursuant to his conditional plea of guilty.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

**10:39 a.m.    Court in Recess.**

Hearing concluded
Total time in court: 38 minutes.